**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-66457-PMB |
| KATHERINE PEPPERS COLLIER, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**SUGGESTION OF DEATH**

COMES NOW BERRY AND ASSOCIATES, COUNSEL FOR THE DEBTOR in the above-styled Chapter 13 case, and files this "Suggestion of Death", showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on October 14, 2019.

5.

Upon information and belief, the Debtor Katherine Peppers Collier passed away on or about July 3, 2021.

WHEREFORE, Counsel prays:

(a) That this Suggestion be filed, read, and considered; and

(b) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300
kthomas@mattberry.com

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta GA 30303

Estate of Katherine P. Collier
55 Fox Run Lane
McDonough GA 30253

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 6th day of August, 2021.

/s/
Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          AT&T Universal Citi Card                American Express National Bank
113E-1                                   Attn: Bankruptcy                        c/o Becket and Lee LLP
Case 19-66457-pmb                        PO Box 790034                           PO Box 3001
Northern District of Georgia             St Louis, MO 63179-0034                 Malvern  PA 19355-0701
Atlanta
Fri Aug  6 11:27:12 EDT 2021

Amex                                     Bank of America                         Bank of America, N.A.
Correspondence/Bankruptcy                4909 Savarese Circle                    P O Box 982284
PO Box 981540                            FL1-908-01-50                           El Paso, TX 79998-2284
El Paso, TX 79998-1540                   Tampa, FL 33634-2413


Matthew Thomas Berry                     Heather D. Bock                         Capital One
Matthew T. Berry & Associates            McCalla Raymer Leibert Pierce LLC       Attn: Bankruptcy
Suite 600                                1544 Old Alabama Road                   PO Box 30285
2751 Buford Highway, NE                  Roswell, GA 30076-2102                  Salt Lake City, UT 84130-0285
Atlanta, GA 30324-5457


Capital One Bank (USA), N.A.             (p)JPMORGAN CHASE BANK  N A             Citibank
4515 N Santa Fe Ave                      BANKRUPTCY MAIL INTAKE TEAM             Attn: Recovery/Centralized Bankruptcy
Oklahoma City, OK 73118-7901             700 KANSAS LANE FLOOR 01                PO Box 790034
                                         MONROE LA 71203-4774                    St Louis, MO 63179-0034


Citibank, N.A.                           Citibank/The Home Depot                 Katherine Peppers Collier
5800 S Corporate Pl                      Attn: Recovery/Centralized Bankruptcy   55 Fox Run Lane
Sioux Falls, SD 57108-5027               PO Box 790034                           McDonough, GA 30253-5328
                                         St Louis, MO 63179-0034


Melissa J. Davey                         A. Michelle Hart Ippoliti               JPMorgan Chase Bank, N.A.
Melissa J. Davey, Standing Ch 13 Trustee McCalla Raymer Leibert Pierce, LLC      s/b/m/t Chase Bank USA, N.A.
Suite 200                                1544 Old Alabama Road                   c/o Robertson, Anschutz & Schneid, P.L.
260 Peachtree Street, NW                 Roswell, GA 30076-2102                  6409 Congress Avenue, Suite 100
Atlanta, GA 30303-1236                                                           Boca Raton, FL 33487-2853


(p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC                       Carrie L Oxendine
PO BOX 7999                              Resurgent Capital Services              Matthew T. Berry & Associates
SAINT CLOUD MN 56302-7999                PO Box 10587                            Suite 600
                                         Greenville, SC 29603-0587               2751 Buford Highway NE
                                                                                 Atlanta, GA 30324-5457


PRA Receivables Management, LLC          Quicken Loans                           Quicken Loans Inc.
PO Box 41021                             Attn: Bankruptcy                        Bankruptcy Team
Norfolk, VA 23541-1021                   1050 Woodward Avenue                    635 Woodward Ave.
                                         Detroit, MI 48226-3573                  Detroit, MI 48226-3408


Susan H. Senay                           Syncb/HSN                               Syncb/Jewerly TV
Matthew T. Berry & Associates            Attn: Bankruptcy                        Attn: Bankruptcy
Suite 600                                PO Box 965060                           PO Box 965060
2751 Buford Highway NE                   Orlando, FL 32896-5060                  Orlando, FL 32896-5060
Atlanta, GA 30324-5457


Synchrony Bank                           Synchrony Bank
c/o PRA Receivables Management, LLC      Attn: Bankruptcy
PO Box 41021                             PO Box 965060
Norfolk, VA 23541-1021                   Orlando, FL 32896-5060
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

(du)Quicken Loans, LLC

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31